# NO. 12-16-00336-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF R.J.W.,* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT AT LAW* |
| *A CHILD* | § | *CHEROKEE COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Elizabeth Wynn, has filed a motion to dismiss this appeal. Wynn states that she no longer desires to pursue her appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered January 31, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 31, 2017**

**NO. 12-16-00336-CV**

**IN THE INTEREST OF R.J.W., A CHILD**

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. 2013-01-0023)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*